IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| JOSEPH H. STEWART, III, § § Plaintiff, § § v. § § JOHN DOE, *et al.*, § § Respondents. § | 2:22-CV-141-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this action for want of prosecution. *See* ECF No. 5. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes the FCR is correct. The Court thus **ADOPTS** the FCR and **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED.**

November 29, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE